■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH NEWBORN, Appellant. [998 NYS2d 646]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 17, 2007 (*People v Newborn*, 42 AD3d 506 [2007]), affirming a judgment of the County Court, Suffolk County, rendered October 14, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Dickerson, Roman and Cohen, JJ., concur.